IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| TIM A. DUNLAP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  CV04-223-S-EJL |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| JAY GREEN, GREG FISHER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On  September 6, 2006, the Court entered an Order dismissing this action with prejudice.  Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED with prejudice.

DATED:  **September 6, 2006**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT -1**